J-S34008-16

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| ANDREW JAMES CALLAHAN | |
| Appellant | No. 1934 MDA 2015 |

Appeal from the Judgment of Sentence October 21, 2015
In the Court of Common Pleas of Berks County
Criminal Division at No(s): CP-06-SA-0000210-2015

BEFORE:  PANELLA, J., STABILE, J., and JENKINS, J.

JUDGMENT ORDER BY PANELLA, J.                    **FILED JUNE 14, 2016**

Appellant, Andrew James Callahan, appeals *pro se* from the judgment of sentence entered October 21, 2015, following his conviction of Harassment, 18 Pa.C.S.A. § 2709(a)(2). After review, we quash Appellant's appeal.

Appellant has submitted to the Court a half-page letter (consisting of eight sentences) in lieu of a formal argument brief. The Pennsylvania Rules of Appellate Procedure provide the following guidelines regarding the content of an appellant's brief:

**Rule 2111. Brief of the Appellant**

**(a)General Rule.** The brief of the appellant, except as otherwise prescribed by these rules, shall consist of the following matters, separately and distinctly and in the following order:

(1) Statement of jurisdiction.

(2) Order or other determination in question.

(3) Statement of both the scope of review and the standard of review.

(4) Statement of the questions involved.

(5) Statement of the case.

(6) Summary of argument.

(7) Statement of the reasons to allow an appeal to challenge the discretionary aspects of sentence, if applicable.

(8) Argument for appellant.

(9) A short conclusion stating the precise relief sought.

(10) The opinions and pleadings specified in Subdivisions (b) and (c) of this rule.

(11) In the Superior Court, a copy of the statement of errors complained of on appeal, filed with the trial court pursuant to Rule 1925(b), or an averment that no order requiring a statement of errors complained of on appeal pursuant to Pa.R.A.P. 1925(b) was entered.

**(b) Opinions below**.—There shall be appended to the brief a copy of any opinions delivered by any court or other government unit below relating to the order or other determination under review, if pertinent to the questions involved. If an opinion has been reported, that fact and the appropriate citation shall also be set forth.

Pa.R.A.P. 2111.

Appellant's "brief" contains no citation to legal authority and raises no issues for our review. Although Appellant has appended to his brief a copy of the trial court's Rule 1925(a) opinion, he fails to meet any other requirement specified in Rule 2111. Appellant's brief amounts to little more than a general denial of the conduct underlying his summary harassment conviction

without meaningful argument and flagrantly ignores our Rules of Appellate Procedure.

It is patently obvious that Appellant has failed to provide this Court with a proper appellate brief, rendering us incapable of conducting meaningful judicial review. While we are not insensitive to the fact Appellant is proceeding *pro se*, we decline to become his counsel. "When issues are not properly raised and developed in briefs, when the briefs are wholly inadequate to present specific issues for review, a court will not consider the merits thereof." ***Commonwealth v. Miller***, 721 A.2d 1121, 1124 (Pa. Super. 1998) (citations omitted). Further, although this Court is "willing to liberally construe materials filed by a *pro se* litigant, *pro se* status confers no special benefit upon the appellant." ***Commonwealth v. Adams***, 882 A.2d 496, 498 (Pa. Super. 2005).

Appeal Quashed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary

Date: 6/14/2016

- 3 -